# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>GERMAN AGUILAR BELTRAN,<br><br>　　　　　　Defendant. | 8:22CR205<br><br>ORDER |

　　　　This matter is before the Court on the defendant's "Presentence Motion of Discovery and All Hearing Transcript Docket Sheet Request" (Filing No. 197). The defendant states he would like to file a motion for a "2-point sentence reduction under new law" and requests "discovery [and] transcripts." The defendant asks for these documents without payment as he is indigent and in federal custody.

　　　　On April 19, 2024, the Court accepted the defendant's plea of guilty to Count I of the Superseding Indictment. In accordance with a Plea Agreement, he was sentenced to a term of 216 months' imprisonment, 5 years' supervised release with special conditions, and a $100.00 special assessment on July 24, 2024. (Filing Nos. 142, 145-146, 149, 150, 167-168). The defendant did not appeal. The defendant now requests the Court provide him with free copies of "discovery [and] transcripts" in anticipation of filing a motion for sentence reduction. However, a defendant does not have the right to receive copies of documents without payment, even if he is indigent. See 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). Other than this motion for copies, the defendant has no motions or cases currently pending before this Court. Neither statutory authority nor this Court's practice requires the provision of free copies of court records to the defendant under these circumstances. The Court also is not entirely clear what "discovery" the defendant requests, nor is the Court in possession of the defendant's former attorney's case files or discovery. Therefore, the Court is not inclined to order a copy of requested court documents at the government's expense, to the extent the Court is in possession of such documents. The defendant may pay for copies of court records at the established rate of 50¢ per page. Accordingly,

**IT IS ORDERED** that the defendant's "Presentence Motion of Discovery and All Hearing Transcript Docket Sheet Request" (Filing No. 197) is denied.

Dated this 18th day of December, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge