IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>GERMAN AGUILAR BELTRAN,<br>Defendant. | **8:22-CR-205**<br><br>**ORDER ON MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |

This matter is before the Court on defendant German Aguilar Beltran's Motion for Leave to Proceed In Forma Pauperis. Filing 211. The defendant is currently serving a term of 216 months of incarceration for "distribut[ion] and possession with intent to distribute (meth mix)." Filing 168 at 1–2. The defendant filed a Motion to Reduce Sentence (Compassionate Release), Filing 199, with this Court, which was denied, Filing 202. The defendant thereafter filed a notice of appeal, Filing 203, and a Motion for Leave to Appeal In Forma Pauperis, Filing 204. The Deputy Clerk entered a text notice of deficiency as to the filings because the filings had not been signed. Filing 205 (text notice). The text notice of deficiency stated that "[t]he defendant shall correct the deficiency within 14 days of the date of this entry or the pleading may be stricken from the record of this case." Filing 205 (text notice). The defendant did not correct the deficiency within the 14-day period, and the Court therefore denied the defendant's motion. Filing 206 (text order). The defendant thereafter reasserted a Motion for Leave to Proceed In Forma Pauperis and submitted a prisoner account statement, but the defendant has not submitted an affidavit accompanying his present motion. Filing 211.

Federal Rule of Appellate Procedure 24(a) requires that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P. 24(a). The rule further requires the party to "attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." *Id.* The defendant has now filed a signed notice of appeal, Filing 203-1, and a signed application to proceed, Filing 204-1. The defendant has reasserted a Motion for Leave to Proceed in Forma Pauperis, Filing 211. However, the defendant has not attached an affidavit to the present, pending motion in accordance with Form 4, which includes all of the above information, including the requirement of stating what issues the defendant intends to present on appeal. Thus, the defendant is not entitled to proceed on appeal in forma pauperis. Accordingly,

IT IS ORDERED that the defendant's Motion for Leave to Proceed In Forma Pauperis, Filing 211, is denied.

Dated this 19th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge